BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENI RENTA,<br><br>　　　　　Defendant. | 2:12-CR-00124-MCE<br><br>STIPULATION AND ORDER<br>TO APPLY FUNDS TO PARTIALLY<br>SATISFY A PERSONAL MONEY<br>JUDGMENT |

　　　It is hereby stipulated by and between the United States of America and defendant Keni Renta, by and through their respective attorneys, as follows:

　　　**1.**　　On June 13, 2012, a Preliminary Order of Forfeiture was entered that included forfeiture of a money judgment in the amount $315,000.00 against defendant Keni Renta.  The parties anticipate that the Preliminary Order of Forfeiture will be adopted at the time of sentencing on November 1, 2012.

　　　**2.**　　On February 14, 2012, $13,013.36 was seized from a bank account held in the name of Serenity Enterprises, LLC and $17,000.00 was seized from a bank account held in the name of SOG Enterprises, LLC, at Bank of America pursuant to a state search warrant.  Both accounts were under the control of Keni Renta.  These funds were recently transferred from the Sacramento

County District Attorney's Office to the Internal Revenue Service – Criminal Investigation.

3.  Defendant Keni Renta stipulates and agrees that the $13,013.36 and the $17,000.00 shall be applied to partially satisfy the above-listed money judgment. The remaining balance of the money judgment will be $284,986.64. Any funds applied towards such judgment shall be forfeited to the United States and disposed of as provided for by law.

4.  When made, payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Department of Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service – Criminal Investigation, in its secure custody and control.

DATE: October 30, 2012

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

DATE: October 30, 2012

/s/ Jean M. Hobler for
ZENIA K. GILG
Attorney for Claimant Keni Renta
(Authorized Oct. 30, 2012)

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE