UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE: Keni Renta**<br>**Docket Number: 0972 2:12CR00124-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Keni Renta is requesting permission to travel to Playa del Carmen, Mexico. Keni Renta is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 1, 2012, Keni Renta was sentenced for the offenses of 31 USC 5324(a)(3), Structuring (Class C Felony) and 31 USC 5317(c)(1), Criminal Forfeiture.

**Sentence Imposed:** 37 months custody in the Bureau of Prisons, 36 months Supervised Release and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From June 26, 2017, through July 1, 2017. Traveling by Aeromexico Airlines.

**Purpose:** Vacation.

**RE:     Keni Renta**
**        Docket Number:  0972 2:12CR00124-001**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


                        Respectfully submitted,

                        /s/ Tim Mechem

                        TIM D. MECHEM
                        Supervising United States Probation Officer


Dated:   April 26, 2017
         Fresno, California
         TDM/rmv

                        /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**Dated:  May 3, 2017**

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE

2